458-15

# ELECTRONIC RECORD

CCA #   09-14-00179-CR                          OFFENSE:   Indecency with a Child

STYLE:  Elgia Jerode Griffin
        v. The State of Texas                   PUNISHMENT:  10 years

                                                COUNTY:    Orange

TRIAL COURT:        128th District Court                           _____ MOTION
TRIAL COURT #:      A-090746-R                  FOR REHEARING IS:  _____
TRIAL COURT JUDGE:  Judge Courtney Arkeen       DATE:              _____
DISPOSITION:        AFFIRMED                     JUDGE:             _____

DATE:       03-18-15

            Chief Justice
JUSTICE:    Steve McKeithen        PC   NO   S   YES
PUBLISH:    NO                     DNP:  YES

CLK RECORD:   08-29-14                SUPP CLK RECORD:   _____
RPT RECORD:   07-10-14                SUPP RPT RECORD:   _____
STATE BR:     02-05-15                SUPP BR:           _____
APP BR:       11-24-14                PRO SE BR:         _____

458-15

# IN THE COURT OF CRIMINAL APPEALS

**ELECTRONIC RECORD**                    CCA # _____PD-0458-15_____

------------------

_____PRO SE_____ Petition              Disposition: _____
FOR DISCRETIONARY REVIEW IN CCA IS:      DATE: _____
_____REFUSED_____                      JUDGE: _____
DATE: 09/26/2015                         SIGNED: _____      PC: _____
JUDGE: _____                   PUBLISH: _____     DNP: _____

------------------

_____ MOTION FOR REHEARING IN     MOTION FOR STAY OF MANDATE IS:

CCA IS: _____ ON _____      _____ ON _____

JUDGE: _____      JUDGE: _____